IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| BOBBY LUCKY, #1048046 | § |
| | § |
| V. | § CIVIL ACTION NO. G-06-105 |
| | § |
| DOUG DRETKE, DIRECTOR, | § |
| TEXAS DEPARTMENT OF CRIMINAL | § |
| JUSTICE-INSTITUTIONAL DIVISION | § |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 29th day of June, 2006.

_____
Samuel B. Kent
United States District Judge